No. 02–182. GEORGIA v. ASHCROFT, ATTORNEY GENERAL, ET
AL. Appeal from D. C. D. C. Probable jurisdiction noted.
Brief of appellant is to be filed with the Clerk and served upon
opposing counsel on or before 3 p.m., Monday, March 3, 2003.
Brief of appellees is to be filed with the Clerk and served upon
opposing counsel on or before 3 p.m., Wednesday, April 2, 2003.
A reply brief, if any, is to be filed with the Clerk and served
upon opposing counsel on or before 3 p.m., Monday, April 21,

2003. This Court's Rule 29.2 does not apply. ▆▆▆▆